RECEIVED

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**
**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

2006 JAN 10 A 4:41

DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| United States District Court | District MIDDLE DIStrict of Alabama |
|---|---|
| Name (under which you were convicted): DARREN LAVON Smiley | Docket or Case No.: 2:05CR44-F |
| Place of Confinement: Montgomery City Jail | Prisoner No.: 2:06CN22-F 11640-002 |

| UNITED STATES OF AMERICA | |
|---|---|
| | Movant (include name under which convicted) |
| v. DARREN LAVON SmILEY | |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA P.O Box 711 MonTGomeRY AlABAmA 36101

    (b) Criminal docket or case number (if you know): 2:05CR44-F

2. (a) Date of the judgment of conviction (if you know): NOVEmBER 16, 2005

    (b) Date of sentencing: FEBRUARY 6, 2006

3. Length of sentence: 262 to 327 MonTHS

4. Nature of crime (all counts): ROBBERY 1st AND SODOMY 1st DEGREE AND A FELON IN POSSESSION OF A FIREARM

5. (a) What was your plea? (Check one)

    (1) Not guilty ☑    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

8.  Did you appeal from the judgment of conviction?     Yes ☑     No ☐

9.  If you did appeal, answer the following:

    (a) Name of court: _N/A DEFANDANTS ATTORNEY WILL NOT SHARE ISSUES_

    (b) Docket or case number (if you know): _N/A_

    (c) Result: _N/A_

    (d) Date of result (if you know): _N/A_

    (e) Citation to the case (if you know): _N/A_

    (f) Grounds raised: _N/A_

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐  No ☑

    If "Yes," answer the following:

      (1) Docket or case number (if you know): _N/A_

      (2) Result: _N/A_

      (3) Date of result (if you know): _N/A_

      (4) Citation to the case (if you know): _N/A_

      (5) Grounds raised: _N/A_

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _N/A_

      (2) Docket or case number (if you know): _N/A_

      (3) Date of filing (if you know): _N/A_

      (4) Nature of the proceeding: _N/A_

      (5) Grounds raised: _N/A_

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

　　　Yes ☐  No ☑

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _N/A_

(5) Grounds raised: _N/A_

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

　　　Yes ☐  No ☑

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:　　　Yes ☐  No ☑

(2)  Second petition:　　Yes ☐  No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

DEFANDANTS ATTORNEY WAS INEFFECTIVE

_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** INEFFECTIVE ASSITANCE OF COUNCIL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): DEFANTANTS ATTORNEY HAD KNOWLEDGE OF BOGUS WARRANTS ON October 15, 2004. HELD IN CUSTODY ILLEGALLY ON OctoBER 14, 2004 DUE TO BOGUS WARRANTS. WARRANTS THAT WAS ISSUED ON OctoBER 15, 2004 NOT SIGNED BY JUDGE, CLERK OR MAGISTRATE OR DATED WHEN TAKEN DEFANTANT IN CUSTODY. ATTORNEY NEVER FILED ANY MOTIONS FOR DISMISSAL

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: DEFANTANTS ATTORNEY WAS INEFFECTIVE

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _DEFANDANTS ATTORNEY WAS INEFFECTIVE_

**GROUND TWO:** _DEFANTANT WAS MALICIOUSLY PROSECUTED BY ASSISTAT U.S. ATTORNEY_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _AFTER PROSECUTER HAD KNOWLEDGE OF BOGUS WARRANTS AND COMPLAINTS NEVER SIGNED BY JUDGE, CLERK OR MAGISTRATE THAT LEAD TO AN INDICTMENT. THE DEFANTANT WAS ILLEGALLY PROSECUTED RESULTING IN LOSE OF FREEDOM_

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _DEFANDANTS ATTORNEY WAS INEFFECTIVE_

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _DEFANTANTS ATTORNEY WAS INEFFECTIVE_

**GROUND THREE:** _FALSE INCRIMINATION_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _INVESTAGATOR ISSUED BOGUS WARRANTS ON OCTOBER 15, 2004,_

ARRESTED THE DEFANTANT AND WAS PLACED IN CUSTODY ILLEGALLY OCTOBER 14, 2004. INVESTAGATOR MADE COMPLAINTS NOT SIGNED BY JUDGE, CLERK, OR MAGISTRATE STATING HE HAD PROBABLE CAUSE. OCTOBER 15, 2004 WARRANTS NEVER SIGNED BY JUDGE, CLERK, OR MAGISTRATE NOR DATED FOR WHEN TO TAKE DEFENDANT IN COSTUDY. OCTOBER 15, 2004 DEFENTANT WAS HELD ILLEGALLY; RESULTS BEING PROSECTED ILLEGALLY.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: DEFANTANTS ATTORNEY WAS INEFFECTIVE

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): __N/A__ _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: __DEFANTANT ATTORNEY WAS INEFFECTIVE__ _____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: THERE NO GROUNDS IN THIS MOTION THAT HAS BEEN PREVIOUSLY PRESENTED IN SOME FEDERAL COURT TO THE BEST OF DEFANTANTS KNOWLEDGE

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ☑  No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ATTORNEY WILL NOT SHARE THESE ISSUES WITH DEFANTANT

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: KEVIN L. BUTLER, FEDERAL DEFENDER'S OFFICE 201 MONROE STREET SUITE "407 MONTGOMERY Al. 36104

(b) At arraignment and plea: KEVIN L. BUTLER FEDERAL DEFENDERS OFFICE 201 MONROE STREET SUITE 407 MONTGOMERY, Al. 36104

(c) At trial: CHRISTEEN FREEMAN - KEVIN BUTLER, FEDERAL DEFENDERS OFFICE 201 MONROE STREET Suit 407 MONTGOMERY Al. 36104

(d) At sentencing: KEVIN L. BUTLER FEDERAL DEFENDERS OFFICE 201 MONROE STREET SUIT 407 MONTGOMERY Al. 36104

(e) On appeal: Kevin L. Butler FEDERAL DEFENDERS OFFICE 201 MONROE STREET Suit 407 MONTGOMERY Al. 36104

(f) In any post-conviction proceeding: KEVIN L. BUTLER FEDERAL DEFENDERS OFFICE 201 MONROE STREET SUIT 407 MONTGOMERY Al. 36104 9

(g) On appeal from any ruling against you in a post-conviction proceeding: Kevin L. Butler FEDERAL DEFENDERS OFFICE 201 MONROE STREET SUIT 407 MONTGOMERY Al. 36104 9

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?         Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐ No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: *Vacate ALL CHARGERS AN BE RELEASED Soon As PossIBlE*

or any other relief to which movant may be entitled.

_____
.. Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _*MonDAY*_ *JANUARY 9 2006* _____ (month, date, year).

Executed (signed) on *January 9 2006* (date).

*Darren Larron Smiley*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

* * * * *