# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-00044-MEF-CSC-ALL
### Internal Use Only

Case title: USA v. Smiley                                 Date Filed: 02/09/2005

Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Charles S. Coody

**Defendant**

**Darren Smiley** (1)     represented by   **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Kevin L. Butler**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: kevin_butler@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Morgan Illman**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 334-834-0353

Email: robert_illman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine A. Freeman**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: christine_freeman@fd.org
*ATTORNEY TO BE NOTICED*

**Pending Counts**                                         **Disposition**

18:922(g)(1) and
924(e)(1);UNLAWFUL TRANSPORT
OF FIREARMS, ETC. AND ARMED
CAREER CRIMINAL; NMT $250,000
[*]; NMT 10 Yrs or B; (If 924(e)(1),
NLT 15 Yrs); NMT 3 Yrs Sup Rel;
$100 SA; G-LINES; VWPA
(1)

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                                      **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                             **Disposition**
None

---

**Plaintiff**
USA                                        represented by  **Verne H. Speirs**
                                                           U.S. Attorney's Office
                                                           PO Box 197
                                                           Montgomery, AL 36101-0197
                                                           334-223-7280

Fax: 223-7560
Email: verne.speirs@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan R. Redmond**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: susan.redmond@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2005 | 1 | INDICTMENT as to Darren Smiley (1) count(s) 1. (kcg, ) (Entered: 02/14/2005) |
| 02/14/2005 | 2 | Limits of Punishment as to Darren Smiley: (kcg, ) (Entered: 02/14/2005) |
| 02/14/2005 | 3 | Arrest Warrant Issued as to Darren Smiley. (kcg, ) (Entered: 02/14/2005) |
| 02/15/2005 | | NOTICE by U.S. Marshal's Service as to Darren Smiley that a detainer has been placed with Crenshaw Co. Jail (kcg, ) (Entered: 02/15/2005) |
| 03/01/2005 | 4 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Darren Smiley. (Attachments: # 1 Text of Proposed Order)(Speirs, Verne) (Entered: 03/01/2005) |
| 03/02/2005 | 5 | ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Darren Smiley (1). Signed by Judge Charles S. Coody on 3/2/05. (kcg, ) (Entered: 03/02/2005) |
| 03/02/2005 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Darren Smiley for March 30, 2005 at 10:00 a.m. (kcg, ) (Entered: 03/02/2005) |
| 03/02/2005 | | Set/Reset Hearings as to Darren Smiley: Arraignment set for 3/30/2005 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. (kcg, ) (Entered: 03/02/2005) |
| 03/30/2005 | | Case unsealed as to Darren Smiley (kcg, ) (Entered: 03/30/2005) |
| 03/30/2005 | 7 | CJA 23 Financial Affidavit by Darren Smiley (war ) (Entered: 03/31/2005) |
| 03/30/2005 | 8 | WAIVER of Speedy Trial by Darren Smiley (war ) (Entered: 03/31/2005) |
| 03/30/2005 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Darren Smiley Federal Defender for Darren Smiley appointed. . Signed by Judge Vanzetta P. McPherson on 3/30/05. (war, ) (Entered: 03/31/2005) |

| | | |
|---|---|---|
| 03/30/2005 | 9 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Arraignment as to Darren Smiley (1) Count 1 held on 3/30/2005, Initial Appearance as to Darren Smiley held on 3/30/2005, Plea entered by Darren Smiley (1) Count 1. by Darren Smiley Not Guilty on counts 1. (Recording Time 12:25 - 12:30.) (war, ) (Entered: 03/31/2005) |
| 03/31/2005 | 10 | Arrest Warrant Returned Executed on 3/23/05 as to Darren Smiley. (kcg, ) (Entered: 04/01/2005) |
| 04/01/2005 | 11 | ORDER ON ARRAIGNMENT as to Darren Smiley Pretrial Conference set for 5/31/2005 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Trial set for 7/25/2005 before Hon. Chief Judge Mark E. Fuller. Pretrial Motions due by 5/29/2005. Response to Motion due by 6/10/2005. Discovery due by 4/6/2005.. Signed by Judge Charles S. Coody on 4/1/05. (kcg, ) (Entered: 04/01/2005) |
| 04/05/2005 | 12 | NOTICE OF ATTORNEY APPEARANCE: Kevin L. Butler appearing for Darren Smiley (Butler, Kevin) (Entered: 04/05/2005) |
| 04/15/2005 | 13 | ORDER as to Darren Smiley Jury Trial is continued from 7/25/2005 to 8/1/2005 before Hon. Chief Judge Mark E. Fuller . Signed by Judge Mark E. Fuller on 4/15/05. (kcg, ) (Entered: 04/15/2005) |
| 05/31/2005 | 14 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Darren Smiley held on 5/31/2005 (Recording Time FTR: 1:14 - 1:18 pm.) (sql, ) (Entered: 06/02/2005) |
| 06/06/2005 | 15 | PRETRIAL CONFERENCE ORDER as to Darren Smiley Jury Selection set for 8/1/2005 before Hon. Chief Judge Mark E. Fuller. Jury Trial (which is expected to last two days) is set for 8/1/2005 before Hon. Chief Judge Mark E. Fuller. Voir Dire due by 7/25/2005; Proposed Jury Instructions due by 7/25/2005; Motions in Limine due by 7/25/2005; Plea Agreement due by 7/25/2005. Signed by Judge Charles S. Coody on 6/6/05. (kcg, ) (Entered: 06/06/2005) |
| 06/17/2005 | 16 | MOTION for Release from Custody by USA as to Darren Smiley. (Attachments: # 1 Text of Proposed Order)(Speirs, Verne) (Entered: 06/17/2005) |
| 06/20/2005 | 17 | ORDER granting 16 Motion for Release from Custody by USA as to Darren Smiley (1), as further set out. Signed by Judge Charles S. Coody on 6/20/05. (kcg, ) (Entered: 06/20/2005) |
| 07/21/2005 | 19 | WAIVER of Speedy Trial by Darren Smiley (Butler, Kevin) (Entered: 07/21/2005) |
| 07/22/2005 | | Set/Reset Hearings as to Darren Smiley: Jury Selection and Trial are re-set from 8/1/2005 to 11/7/2005 before Hon. Chief Judge Mark E. Fuller. The Magistrate Judge shall conduct a ptetrial conference prior to the November 7, 2005 trial term. (kcg, ) (Entered: 07/22/2005) |

| Date | # | Description |
|---|---|---|
| 07/25/2005 | 21 | ORDER as to Darren Smiley that a Final Pretrial Conference is set for 10/17/2005 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended. Signed by Judge Charles S. Coody on 7/25/05. (kcg, ) (Entered: 07/25/2005) |
| 10/17/2005 | 22 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Darren Smiley held on 10/17/2005 (Recording Time FTR: 1:05 - 1:06) (ws ) (Entered: 10/17/2005) |
| 10/19/2005 | 23 | MOTION to Specially Set Trial by Darren Smiley. (Butler, Kevin) (Entered: 10/19/2005) |
| 10/27/2005 | 24 | ORDER as to Darren Smiley GRANTING 23 MOTION to Specially Set Trial filed by Darren Smiley. Jury Trial is continued from 11/7/2005 to 11/14/2005 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 10/27/05. (kcg, ) (Entered: 10/27/2005) |
| 10/27/2005 | 25 | ORDER as to Darren Smiley that a Status Conference is set for 11/1/2005 02:15 PM in chambers before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 10/27/05. (kcg, ) (Entered: 10/27/2005) |
| 10/31/2005 | 26 | Proposed Jury Instructions by Darren Smiley (Butler, Kevin) (Entered: 10/31/2005) |
| 10/31/2005 | 27 | Proposed Voir Dire by Darren Smiley (Butler, Kevin) (Entered: 10/31/2005) |
| 10/31/2005 | 28 | Proposed Jury Instructions by USA as to Darren Smiley (Speirs, Verne) (Entered: 10/31/2005) |
| 10/31/2005 | 29 | Proposed Voir Dire by USA as to Darren Smiley (Speirs, Verne) (Entered: 10/31/2005) |
| 11/01/2005 | 30 | NOTICE OF ATTORNEY APPEARANCE Susan R. Redmond appearing for USA. (Redmond, Susan) (Entered: 11/01/2005) |
| 11/01/2005 |  | Minute Entry for proceedings held before Judge Mark E. Fuller :Status Conference as to Darren Smiley held on 11/1/2005 [no pdf attached] (kcg, ) (Entered: 12/12/2005) |
| 11/07/2005 | 31 | NOTICE OF ATTORNEY APPEARANCE: Robert Morgan Illman appearing for Darren Smiley (Illman, Robert) (Entered: 11/07/2005) |
| 11/07/2005 |  | Voir Dire begun on 11/7/2005 as to Darren Smiley (1) on Count 1 before Judge Mark E. Fuller : (Court Reporter James R. Dickens.) (kcg, ) (Entered: 11/13/2005) |
| 11/07/2005 | 32 | Minute Entry for proceedings held before Judge Mark E. Fuller :Jury Selection as to Darren Smiley held on 11/7/2005 with Jury Trial |

| | | |
|---|---|---|
| | | scheduled to commence on November 14, 2005 at 9:00 a.m. (Court Reporter James R. Dickens.) (kcg, ) (Entered: 11/13/2005) |
| 11/14/2005 | 33 | NOTICE OF ATTORNEY APPEARANCE: Christine A. Freeman appearing for Darren Smiley (Freeman, Christine) (Entered: 11/14/2005) |
| 11/14/2005 | 36 | Minute Entry for proceedings held before Judge Mark E. Fuller :Jury Trial as to Darren Smiley held on 11/14/2005 - 11/16/2005 (Court Reporter James R. Dickens.) (Attachments: # 1 Courts Exhibits# 2 Defendant Exhibit List# 3 Governments Exhibit List# 4 Witness List) [exhibits maintained with file in separate envelope] (kcg, ) (Entered: 11/18/2005) |
| 11/14/2005 | | ORAL MOTION Strike testimony and Motion for a Mistrial by Darren Smiley. (kcg, ) (Entered: 11/18/2005) |
| 11/14/2005 | | ORAL MOTION for a Mistrial regarding discovery evidence by Darren Smiley. (kcg, ) (Entered: 11/18/2005) |
| 11/14/2005 | | ORAL ORDER as to Darren Smiley DENYING ORAL MOTION Strike testimony and Motions for a Mistrial filed by Darren Smiley . Signed by Judge Mark E. Fuller on 11/14/05. (kcg, ) (Entered: 11/18/2005) |
| 11/15/2005 | | ORAL MOTION for a Mistrial regarding testimony of witness NcNeil by Darren Smiley. (kcg, ) (Entered: 11/18/2005) |
| 11/15/2005 | | ORAL MOTION for Judgment of Acquittal and Renewed Motion for a Mistrial at close of Government's case by Darren Smiley. (kcg, ) (Entered: 11/18/2005) |
| 11/15/2005 | | ORAL ORDER as to Darren Smiley DENYING ORAL MOTION for Judgment of Acquittal and Renewed Motion for a Mistrial at close of Government's case filed by Darren Smiley. Signed by Judge Mark E. Fuller on 11/15/05. (kcg, ) (Entered: 11/18/2005) |
| 11/15/2005 | | ORAL MOTION to Strike, Suppress and Motion for a Mistrial by Darren Smiley. (kcg, ) (Entered: 11/18/2005) |
| 11/15/2005 | | ORAL ORDER as to Darren Smiley DENYING MOTION Strike, Suppress and Motion for a Mistrial by Darren Smiley. Signed by Judge Mark E. Fuller on 11/15/05. (kcg, ) (Entered: 11/18/2005) |
| 11/15/2005 | | ORAL MOTION for Judgment of Acquittal by Darren Smiley. (kcg, ) (Entered: 11/18/2005) |
| 11/15/2005 | | ORAL ORDER as to Darren Smiley DENYING ORAL MOTION for Judgment of Acquittal filed by Darren Smiley. Signed by Judge Mark E. Fuller on 11/15/05. (kcg, ) (Entered: 11/18/2005) |
| 11/15/2005 | | ORAL ORDER as to Darren Smiley DENYING ORAL MOTION Mistrial regarding testimony of witness NcNeil filed by Darren Smiley . Signed by Judge Mark E. Fuller on 11/15/05. (kcg, ) (Entered: 11/18/2005) |

| 11/16/2005 | | ORAL MOTION for an Extension of Time, after trial transcript is filed, of one week to file a Rule 29 Motion for Judgment of Acquittal by Darren Smiley. (kcg, ) (Entered: 11/18/2005) |
|---|---|---|
| 11/16/2005 | | ORAL ORDER as to Darren Smiley GRANTING ORAL MOTION for Extension of Time by Darren Smiley. Signed by Judge Mark E. Fuller on 11/16/05. (kcg, ) (Entered: 11/18/2005) |
| 11/16/2005 | 37 | Court's Instructions to the Jury as to Darren Smiley (kcg, ) (Entered: 11/18/2005) |
| 11/16/2005 | 38 | JURY VERDICT as to Darren Smiley (1) Guilty on Count 1. (kcg, ) (Entered: 11/18/2005) |
| 11/30/2005 | 39 | ORDER as to Darren Smiley Sentencing is set for 2/6/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller, as further set out. Signed by Judge Mark E. Fuller on 11/30/05. (kcg, ) (Entered: 11/30/2005) |
| 12/08/2005 | | TRANSCRIPTS of Jury Trial Proceedings [3 Volumes] as to Darren Smiley held on November 14, 15 & 16, 2005 before Judge Mark E. Fuller. Court Reporter: James R. Dickens. (kcg, ) (Entered: 12/09/2005) |
| 12/12/2005 | 40 | ORDER as to Darren Smiley Sentencing set in this case on 2/6/2006 is continued to 2/7/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 12/12/05. (kcg, ) (Entered: 12/12/2005) |
| 12/15/2005 | 41 | MOTION for New Trial by Darren Smiley. (Butler, Kevin) (Entered: 12/15/2005) |
| 12/23/2005 | 42 | ORDER denying 41 motion for judgment of acquittal, or in the alternative, Motion for New Trial as to Darren Smiley (1). Signed by Judge Mark E. Fuller on 12/23/2005. (sql, ) (Entered: 12/23/2005) |

2:06cv22-F  Coody/[illegible]

| PLAINTIFF NAME: Darren Lavon Smiley | | AIS: 11640-002 |
|---|---|---|
| PREVIOUS CASES | OPEN/CLOSED | MAGISTRATE / STAFF ATTY |
| 2:05cr44-F | Open | Coody |