FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FEB -9 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:05CR44-F__ |
| | ) | [18 USC 922(g)(1); |
| DARREN SMILEY | ) | 18 USC 924(e)(1)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about October 14, 2004, in Crenshaw County, within the Middle District of Alabama,

DARREN SMILEY,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Alabama, to-wit:

1)  4/10/96, Unlawful Distribution of Controlled Substances (**3 Counts**); in the Circuit Court of Crenshaw County, Alabama, CC 96-036,

did knowingly possess in and affecting commerce a firearm, to-wit: an Iver Johnson, Model TP22, Semi-Automatic Pistol, serial number AE-41228, in violation of Title 18, United States Code, Section, 922(g)(1), and 924(e)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Verne H. Speirs
Assistant Untied States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 2:05-cr-044-F |
| | ) | |
| DARREN SMILEY | ) | |

## Verdict

1. We, the Jury, find the Defendant Darren Smiley:

 _____  Not Guilty

 \_\_\_X\_\_\_\_  Guilty

of possession of a firearm by a convicted felon as charged in Count One of the indictment.

SO SAY WE ALL.

_[signature]_
Foreperson

Date: _November 16, 2005_