IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv22-F |
| | ) | |
| DARREN LAVON SMILEY | ) | |

**ORDER ON MOTION**

Now pending before the court is the application to proceed without prepayment of fees (Doc. # 2) filed by Darren Lavon Smiley in conjunction with his motion under 28 U.S.C. § 2255. There is no filing fee required for a motion to vacate filed pursuant to 28 U.S.C. § 2255. Accordingly, upon consideration of the application to proceed without prepayment of fees, it is

ORDERED that the application be and is hereby DENIED as moot.

Done this 18th day of January, 2006.


                                              /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE