IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARREN LAVON SMILEY

V.                                           CIVIL ACTION

UNITED STATES OF AMERICA        2:06-cv-22-F

RESPONSE TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE:

WITH ALL DUE RESPECT TO THE COURTS, THE DEFENDANT WOULD LIKE TO OBJECT TO THE RECOMMENDATION TO DISMISS THE 28 U.S.C. §2255 MOTION ON THE FACT THAT THE DEFENDANT WOULD LIKE TO CHALLENGE THE SAME GROUNDS UNDER INEFFECTIVE ASSISTANCE OF COUNSEL, FALSE INCRIMINATION AND MALICIOUS PROSECUTION UNDER THE STATUES OF 28 U.S.C. §2241 WHICH STATES THAT THE DEFENDANT HAS TO BE IN CUSTODY IN VIOLATION OF THE CONSTITUTION LAWS OF THE UNITED STATES AND NOT CHALLENGE THE SENTENCE or judgement of the DEFENDANT CASE ITSELF.

Respectfully Submitted
Darren Lavon Smiley
Darren Lavon Smiley
1-25-06