IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )      CASE NO. 2:06-cv-022-MEF
                                  )
DARREN LAVON SMILEY               )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

(1)   The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #5)

filed on January 26, 2006 are overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on January

18, 2006 (Doc. #3) is adopted;

(3)  The 28 U.S.C. § 2255 motion filed by Smiley is DISMISSED without prejudice.

DONE this the 3rd day of February, 2006.


_____
          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE